OPINION — AG — **** FOREIGN CORPORATION — NAME SIMILARITIES **** A FOREIGN CORPORATION MAY NOT FILE ARTICLES OF DOMESTICATION IF ITS NAME IS THE SAME AS OR DECEPTIVELY SIMILAR TO THE NAME OF AN EXISTING DOMESTIC OR DOMESTICATED ORGANIZATION EVEN THOUGH IT SIMULTANEOUSLY FILES AN AVAILABLE TRADE NAME. A NON PROFIT OR CHARITABLE CORPORATION MAY ADOPT A TRADE NAME AND FILE A TRADE NAME REPORT. CITE: 18 O.S. 1961 1.11 [18-1.11](C) 18 O.S. 1961 1.3 [18-1.3] (GARY M. BUSH)